IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN GROOMS**             **PLAINTIFF**

**v.**             **No. 1:21CV169-RP**

**SHERIFF RANDY TOLAR, ET AL.**             **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On December 7, 2021, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case. The court nonetheless received mail returned from the address the plaintiff provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 7th day of September, 2022.


            /s/ Roy Percy
            UNITED STATES MAGISTRATE JUDGE